NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Corrected: October 30, 2007

2007-1047, -1075, -1076
(Serial Nos. 09/754,378, 09/321,597, and 09/543,735)

IN RE CRAIG W. BARNETT, KAREN R. REISNER,
and MARK BRAUNSTEIN

Kevin T. Kramer, Pillsbury Winthrop Shaw Pittman LLP, of Washington, DC, argued for appellants.   With him on the brief were James G. Gatto, Scott J. Pivnick, and Robert M. Fuhrer, of McLean, Virginia.

Thomas L. Stoll, Associate Solicitor, Solicitor's Office, United States Patent and Trademark Office, of Arlington, Virginia, argued for appellee.  With him on the brief were Stephen Walsh, Acting Solicitor, and Janet A. Gongola, Associate Solicitor.

Appealed from:  United States Patent and Trademark Office,
Board of Patent Appeals  and Interferences

NOTE: This disposition is nonprecedential.

# *United States Court of Appeals for the Federal Circuit*

2007-1047, -1075, -1076
(Serial Nos. 09/754,378, 09/321,597, and 09/543,735)

IN RE CRAIG W. BARNETT, KAREN R. REISNER,
and MARK BRAUNSTEIN

# *Judgment*

*ON APPEAL from the*  UNITED STATES PATENT AND TRADEMARK OFFICE
BOARD OF PATENT APPEALS AND INTERFERENCES

*in CASE NO(S).*

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

Per Curiam (SCHALL, BRYSON, AND MOORE, <u>Circuit Judges</u>.

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  <u>October 11, 2007</u>                <u>/s/  Jan Horbaly</u>
                                                            Jan Horbaly, Clerk